UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MATTHEW NUNNERY                                    CIVIL ACTION

VERSUS                                             NO: 06-7397

WARDEN LYNN COOPER                                 SECTION: R(6)


**ORDER**

    The Court has reviewed *de novo* plaintiff's petition for a writ of *habeas corpus* filed under 28 U.S.C. § 2254, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection to the Magistrate Judge's Report and Recommendation. The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

    IT IS ORDERED that plaintiff's *habeas* petition is DISMISSED WITH PREJUDICE.

    New Orleans, Louisiana, this __4th__ day of April, 2008.

*Sarah Vance*
_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE